Inmate Name: Timothy W. Burke
Register Number: 24740-050
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA 171

28 JAN 2019 PM 1 L



Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06106

06103-307996

```
Name:        Timothy W. Burke
Reg. No.:    24740-050
Address:     Lewisburg Federal Prison Camp
City, State: P.O. Box 2000
             Lewisburg, PA 17837
```

FILED
2019 FEB -1  P 12: 59
US DISTRICT COURT
HARTFORD CT

Timothy W. Burke,
Plaintiff/Petitioner,

v.

United States of America,
Defendant(s)/Respondent(s)

NOTICE OF CHANGE OF ADDRESS

Crim. No. 3:16-cr-00029 (MPS)

Please be advised of my new address:

```
Name:     Timothy W. Burke
Reg. No.: 24740-050
Address:  Lewisburg Federal Prison Camp
          P.O. Box 2000
          Lewisburg, PA 17837
```

Submitted this 23rd day of January, 2019.

(Signature)

Copy of the foregoing mailed this 23rd day of January, 2019 to:

```
Name:    Clerk of the Court
Address: United States District Court
         450 Main Street
         Hartford, CT 01106
```