```
Name: Timothy W. Burke
Reg. No.: 24740-050
Address: Lewisburg Federal Prison Camp
City, State: P.O. Box 2000
             Lewisburg, PA 17837
```

| | |
|---|---|
| Timothy W. Burke ) | |
| Plaintiff/Petitioner, ) | |
| ) | NOTICE OF CHANGE OF ADDRESS |
| v. ) | |
| United States of America ) | Civil Case No. 18-cv-00718 (MPS) |
| Defendant(s)/Respondent(s) ) | 28 U.S.C. Section 2255 |

Please be advised of my new address:

```
Name:     Timothy W. Burke
Reg. No.: 24740-050
Address:  Lewisburg Federal Prison Camp
          P.O. Box 2000
          Lewisburg, PA 17837
```

Submitted this 31st day of January, 20 19.

_____
(Signature)

Copy of the foregoing mailed this 31st day of January, 20 19 to:

```
Name:    Honorable District Court Judge Michael P. Shea
Address: United States District Court
         450 Main Street
         Hartford, CT 06106
```

```
Name: Timothy W. Burke
Reg. No.: 24740-050
Address: Lewisburg Federal Prison Camp
City, State: P.O. Box 2000
             Lewisburg, PA 17837
```

Timothy W. Burke, )
Plaintiff/Petitioner, )
)
v. )   NOTICE OF CHANGE OF ADDRESS
)
United States of America, )
)   Crim. Case No. 3:16-cr-00029
Defendant(s)/Respondent(s) )         (MPS)

Please be advised of my new address:

Name: Timothy W. Burke

Reg. No.: 24740-050

Address: Lewisburg Federal Prison Camp

P.O. Box 2000

Lewisburg, PA 17837

Submitted this 23rd day of January, 2019.

*(Signature)*

Copy of the foregoing mailed this 23rd day of January, 2019 to:

Name: Honorable District Court Judge Michael P. Shea
Address: United States District Court
         450 Main Street
         Hartford, CT 06106

Inmate Name: __Timothy W. Burke__
Register Number: __24740-050__
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837



District Court Judge Michael P. Shea
United States District Court
450 Main Street
Hartford, CT 06106   06103