UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16-CR-00029 (MPS) |
| TIMOTHY BURKE | : | June 22, 2021 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure and Rule 1(C) of the Local Rules of Criminal Procedure, the undersigned moves for leave to withdraw his appearance as counsel for Mr. Timothy Burke in the above-captioned matter.

Undersigned counsel was appointed on November 24, 2015, to represent Mr. Burke in connection with the criminal charges then pending against him. This criminal matter was disposed of by way of a judgment issued May 3, 2017 (Doc. 169).

Following resolution of this case, Mr. Burke filed a motion pursuant to 28 U.S.C. §2255, which raised a claim of ineffective assistance of counsel. *See Burke v. USA*, 3:18-cv-00718-MPS.

In March of 2020, Mr. Burke filed a motion for release from custody. The Federal Defender Office did not represent Mr. Burke in connection with this motion. Attorney Tracy Frederick appeared on Mr. Burke's Behalf as CJA counsel on May 20, 2020. By notice of June 5, 2020, Attorney Frederick reported Mr. Burke had been released from the physical custody of the BOP to home confinement and as such a motion for release would not be filed (Doc. 251).

Mr. Burke has subsequently filed *pro se* motions for sentence reduction, most recently on June 14, 2021 (Doc. 256).

Attorney Frederick has since moved to withdraw as counsel (Doc. 257).

In light of the final disposition of the underlying matter for which undersigned counsel was appointed to represent Mr. Burke and the subsequent procedural developments listed above, undersigned counsel now moves that his appearance for Mr. Buke be withdrawn. Insofar as Mr. Burke is entitled to representation in connection with his recent motions, counsel suggests that CJA counsel be appointed to represent Mr. Burke.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT,<br>Timothy Burke |
|  | OFFICE OF THE FEDERAL DEFENDER |
| Dated: June 22, 2021 | /s/ James P. Maguire<br>James P. Maguire<br>Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct29355<br>Email: James_Maguire@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James Maguire
James Maguire